IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA )
)
V. ) Case No. 3:15CR00128-2
STEVEN E. MUELLER )
)

## ORDER TERMINATING SUPERVISED RELEASE

The above named defendant commenced a three year term of supervised release on July 7, 2016. His term is scheduled to expire on July 6, 2019. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 11 day of April, 2018

The Honorable Thomas M. Rose
United States District Judge